# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| TRACY MARIE LOPEZ, A/K/A TRACY MARIE HADAWAY,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 72904 |
| TRACY MARIE LOPEZ, A/K/A TRACY MARIE HADAWAY,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 72986 |

FILED

MAY 1 9 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEALS

These appeals were initiated by the filing of pro se notices of appeal. Eighth Judicial District Court, Clark County; William D. Kephart, Judge.

Appellant filed the notices of appeal on April 11, 2017, and April 18, 2017. No appealable order was designated in the notices of appeal. Because appellant failed to designate an appealable order, we lack jurisdiction to consider these appeals, and we

ORDER these appeals DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:    Hon. William D. Kephart, District Judge
Tracy Marie Lopez
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk
The Law Office of David R. Fischer